SAM FELDMAN, Respondent, v. ANDREA POLO, Appellant, and Others, Defendants.—Order granting in part appellant's motion for the examination before trial of the plaintiff, modified by providing that in addition plaintiff submit to examination before trial as to the matters and things set forth in items 1 and 2 of the notice of motion, viz.: (1) That the plaintiff purchased the mortgage set forth in the complaint for the sum of $2,500. (2) The facts and circumstances covering the plaintiff's negotiations for the purchase of said mortgage and its purchase. As thus modified, the order is affirmed, with ten dollars costs and disbursements to appellant; examination to proceed on five days' notice. No opinion. Hagarty, Carswell, Johnston, Adel and Taylor, JJ., concur.

FIRST NATIONAL BANK OF CROTON-ON-HUDSON, N. Y., Respondent, v. RUFINA SELVAGGI, Appellant, and McCALL & RIZZUTO, INC., Defendant.— In an action to recover on a promissory note, appellant interposed a counterclaim for damages sustained as a result of the fraud and duress alleged to have been practiced by the plaintiff. Judgment of the County Court, Westchester county, in favor of the plaintiff, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

DAVID B. GLOVER, CHAUNCEY E. GLOVER and ELIZABETH G. DEFRIEST, Respondents, v. PHILIP EGNER and Others, Defendants, and GEORGE M. MURRAY, Appellant. (Appeal No. 1.) — Action under sections 500–512 of the Real Property Law. Order denying appellant's motion to dismiss the first cause of action alleged in the complaint, on the ground that it fails to state facts sufficient to constitute a cause of action against him, affirmed, with ten dollars costs and disbursements. The first cause of action sufficiently alleges that the plaintiffs were in possession of all the land in suit, except the northwest corner, for more than a year preceding the commencement of the action. Appellant's time to answer extended until ten days from the entry of the order hereon. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

DAVID B. GLOVER, CHAUNCEY E. GLOVER and ELIZABETH G. DEFRIEST, Respondents, v. PHILIP EGNER and Others, Defendants, and GEORGE M. MURRAY, Appellant. (Appeal No. 2.) — Action in ejectment. Appeal by defendant Murray from an order of the Special Term, Suffolk county, denying his motion to dismiss the second cause of action on the ground that this action is barred by the judgment entered in a prior action. Order reversed on the law, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. After the close of plaintiffs' evidence in the former action defendant's motion to dismiss the complaint was granted on the ground of failure of proof. The dismissal bars a new action. (*Hollenbeck* v. *Ætna Casualty & Surety Co.*, 215 App. Div. 609; affd., 243 N. Y. 540; *Ziegler* v. *International Railway Co.*, 232 App. Div. 43; *Cabang* v. *United States Shipping Bd. Merchant Fleet Corp.*, 227 id. 751. See, also, *Kagan* v. *Avallone*, 243 id. 437, at pp. 441, 442; Civ. Prac. Act, § 482.) Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.